## GONZALO AVILA *v.* COMMISSIONER OF CORRECTION
## (10484)

O'CONNELL, HEIMAN and CRETELLA, Js.

Argued September 22—decision released October 13, 1992

*Laurence P. Nadel,* for the appellant (petitioner).

*Stephen J. Sedensky III,* assistant state's attorney, with whom, on the brief, was *Donald Browne,* state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.

## MORRIS SILVERSTEIN'S APPEAL FROM PROBATE
## (10941)

DUPONT, LAVERY and FREEDMAN, Js.

Argued September 23—decision released October 13, 1992

*Morris Silverstein,* pro se, the appellant (plaintiff).

*David C. Rappe,* for the appellee (defendant Dorothy Mitchell).

PER CURIAM. The judgment is affirmed.